FRANK KOCH, RESPONDENT, v. STATE BOARD OF TAX APPEALS ET AL., APPELLANTS.

Submitted October 29, 1937—Decided January 26, 1938.

For the appellant, *James A. Hamill.*

For the respondent, *Peter Bentley.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 10.

*For reversal*—None.